# UNITED STATES DISTRICT COURT

## DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** **(For a Petty Offense)** |
| v. | CASE NUMBER: 06-7020M |
| JAKE L. LANDELL | PHILLIP OGDEN |

**THE DEFENDANT:**
Pleaded guilty to Count One of the Information.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offenses: offense:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 42-4-1301(1)(b) | Driving While Ability Impaired | 1/29/2006 | 1 |

    The defendant is sentenced as provided in this judgment in accordance with the findings and conclusions made in open court.The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

    IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

4/19/2006
Date of Imposition of Judgment
s/Daniel B. Sparr

Signature of Judicial Officer

Daniel B. Sparr
Senior U.S. District Judge
Name & Title of Judicial Officer

4/19/2006
Date

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of thirty (30) days suspended on the condition of successful completion of twelve (12) months unsupervised probation.

## PROBATION

The defendant is hereby placed on probation for a term of twelve months unsupervised.

The defendant shall not commit another federal, state, or local crime and shall not illegally possess a controlled substance.

The drug testing condition required by 18 U.S.C. § 3563(a)(5) is suspended based on the court's determination that the defendant poses a low risk of future substance abuse. because it is likely that the defendant will be deported.

The defendant shall not possess a firearm as defined in 18 U.S.C. § 921.

If this judgment imposes a fine or a restitution obligation, it shall be a condition of probation that the defendant pay any such fine or restitution in accordance with the Schedule of Payments set forth in the Monetary Obligations sheet of this judgment.

The defendant shall complete Level II Drug/Alcohol Education and shall pay for the expense of same.

The defendant shall perform 48 hours of community service work and provide proof of completion of same at the review hearing.

## MONETARY OBLIGATIONS

The defendant shall pay the following monetary obligations in accordance with the schedule of payments set forth below.

| Count | Assessment | Fine | Restitution |
|---|---|---|---|
| 1 | $25.00 | $450.00 | $0.00 |
| proc.fee | $25.00 | | |
| **TOTALS** | $50.00 | $450.00 | $0.00 |

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total monetary obligations shall be due as follows: All fines and costs are due on or before October 18, 2006.